**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **REGINA JOHNSON**     **Plaintiff,** | § § § |
| **vs.** | §     **CIVIL ACTION NO. 6:04CV274** § § |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL, SECURITY ADMINISTRATION**     **Defendants.** | § § § § § |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have made no objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge (Doc. 17) as the findings and conclusions of this Court.

Accordingly, the ALJ's decision denying Social Security benefits is AFFIRMED.

**So ORDERED and SIGNED this 31st day of March, 2006.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**